acting and manageing the s<sup>d</sup> Mills or any other waies wherein hee hath obliged himselfe for me the s<sup>d</sup> Broughton. Jn Witness whereof J put to my hand & Seale the 6th day of Aprill. 1671 @,'

Thomas Broughton (Sigil)

Signed Sealed & Deliu<sup>rd</sup> in pu<sup>r</sup>sence of Jabez Fox Tho: Lake George Broughton

Owned in Court [30]<sup>th</sup> April, 1678 by m<sup>r</sup> Broughton

as attests Js<sup>a</sup> Addington Cler

### S. F. 1775.3

Whereas m<sup>r</sup> Thomas Broughton hath this sixth day of April: 1671. given an obligation under his hand & Seale unto Cap<sup>t</sup> Jn<sup>o</sup> Wincoll to save & keepe harmless the s<sup>d</sup> Jn<sup>o</sup> Wincoll his heires Exec<sup>rs</sup> adm<sup>rs</sup> and assignes of and from all manner of debts dues claims and demands whatsoever any person or persons shall challenge or demand of him the s<sup>d</sup> Wincoll his heires or Assignes by bonds bills covenants contracts or any otherwaies whereby they may claim the same of and from the said Wincoll as concerning his acting and manageing the Salmon fall Mills or any otherwaies wherein hee hath obliged himselfe for the s<sup>d</sup> Broughton as per the s<sup>d</sup> writing appeares: Now know all men by these pu<sup>r</sup>sents that J John Hull of Boston in New-England binde my Selfe my heires Exec<sup>rs</sup> & Adm<sup>rs</sup> unto the s<sup>d</sup> John Wincoll his heires Exec<sup>rs</sup> & Adm<sup>rs</sup> in the penall Summe of two thousand pounds currant mony of New-England That the said Broughton shall do and perform the same in every respect concerning all dues claimes dema[nds] that hath been obliged since the 6th day of December. 1662. Jn Witness whereof J put to my hand and Seale the words (being obliged) was interlined before Sealing.

John Hull (Sigil.)

*[Same witnesses as to previous document]*

Hull appealed to the Court of Assistants (Records, i. 122) which sustained him, and required Cooke to pay 59*s* costs.]

### DOWDEN ag<sup>t</sup> HAYMAN

Leonard Dowden plaint. ag<sup>t</sup> John Hayman Def<sup>t</sup> The plaint. withdrew his Action.

### WHETCOMB ag<sup>t</sup> COSENS

James Whetcomb plaint. ag<sup>t</sup> Jsaac Cosens Def<sup>t</sup> The plaint. withdrew his action upon the Def<sup>ts</sup> confessing Judgem<sup>t</sup>

### GREEN ag<sup>t</sup> RAYNSFORDS

William Green plaint. ag<sup>t</sup> John Raynsford David Raynsford & Solomon Raynsford Def<sup>ts</sup> in an action of the case for unjustly molesting of the s<sup>d</sup> Green by disturbing or hindering of him in the building or Erecting of a wharfe before his own ground at the Southerly end of Boston which is greatly to his damage with all other due damages &c. . . . The Jury . . . found for the Defend<sup>ts</sup> costs of Courts.

[ 500 ]